O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BROWN,<br><br>               Petitioner,<br><br>   vs.<br><br>SUPERIOR COURT, ET AL.,<br><br>               Respondents. | CASE NO. CV 13-00141 GAF (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of BRANDON BROWN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 13, 2013

*[signature: Gary Feess]*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE